UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN R. ELLIS,

        Plaintiff,

v.

SNOHOMISH COUNTY JAIL – MEDICAL STAFF, et al.,

        Defendants.

Case No. C16-336 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed the proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' motion for summary judgment (Dkt. 45) is **GRANTED;** plaintiff's claims are **DISMISSED with prejudice**; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 2nd day of June 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1